```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 22683
     KONSTANTIN D REZIN
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

           Debtor
     SSN XXX-XX-4304


--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/15/04 and confirmed on 12/03/04.

     2.  The case was dismissed after confirmation, 10/24/2004.

     3.  The Debtor paid a total of $  44650.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIA CARD SERVICES | SECURED VEHIC | 19413.34 | 2803.66 | 19413.34 |
| GUARANTY BANK | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| LASALLE HOME MORTGAGE | SECURED | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 11000.00 | 1588.63 | 11000.00 |
| BECKET & LEE LLP | UNSECURED | 9164.30 | .00 | 415.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7319.21 | .00 | 331.85 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12967.98 | .00 | 587.96 |
| DISCOVER BANK | UNSECURED | 5548.05 | .00 | 251.55 |
| ROUNDUP FUNDING LLC | UNSECURED | 6949.95 | .00 | 315.11 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 965.72 | .00 | 43.78 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 416.87 | .00 | 18.90 |
| SILVERLEAF RESORT INC | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 7731.60 | .00 | 350.55 |
| TOYOTA MOTOR CREDIT CORP | UNSECURED | 318.83 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3125.50 | .00 | 141.71 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 30413.34 | .00 | 54508.01 | .00 | 84921.35 |
| PRINCIPAL PAID | 30413.34 | .00 | 2456.91 | .00 | 32870.25 |
| INTEREST PAID | 4392.29 | .00 | .00 | .00 | 4392.29 |
| TOTAL PAID | 34805.63 | .00 | 2456.91 | .00 | 37262.54 |

```
The Debtor's attorney, RICHARD E SEXNER              , was allowed $  6882.50
and was paid $   406.00  direct and $   5508.53  through the plan.

The Trustee received $   1878.93 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/30/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


                            PAGE   2
            CASE NO. 04 B 22683 KONSTANTIN D REZIN